**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**ROGER W. TITUS**                                                     **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                             **GREENBELT, MARYLAND 20770**
                                                                                              **301-344-0052**

# M E M O R A N D U M

TO:           Counsel of Record

FROM:       Judge Roger W. Titus

RE:           *Stemcells, Inc. et al. v. Neuralstem, Inc. et al.*
                    Civil No. RWT-06-1877

DATE:        September 3, 2014

\* \* \* \* \* \* \* \* \*

On August 29, 2014, counsel for the parties in this case requested clarification on several procedural issues relating to the bench trial beginning on December 9, 2014. In response, the Court hereby advises the parties as follows:

A pretrial conference for this case is scheduled for November 26, 2014, at 10:00 a.m., to take place in open court. The parties must submit a pretrial order in accordance with Local Rule 106 seven days before the pretrial conference.

The deadline to file any motions *in limine* is October 31, 2014. The deadline to file any oppositions is November 14, 2014. The deadline to file any replies is November 19, 2014.

A joint motion regarding the positions of the parties with respect to the scope of expert witness testimony, if any, is to be filed by October 31, 2014.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                                    /s/
                                                          Roger W. Titus
                                                          United States District Judge