# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                                     **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                               **GREENBELT, MARYLAND 20770**
                                                                                                               **301-344-0052**

## M E M O R A N D U M

TO:         Counsel of Record

FROM:     Judge Roger W. Titus

RE:         *Stemcells, Inc. et al. v. Neuralstem, Inc. et al.*
                Civil No. RWT-06-1877

DATE:     October 3, 2014

* * * * * * * * *

       A telephone conference **is hereby scheduled for October 8, 2014, at 11:30 a.m.** for consideration of Plaintiff's Motion for Pretrial Expert Discovery [ECF No. 420]. The conference is to be initiated by counsel for the Plaintiffs.

       Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                                                    /s/
                                                              Roger W. Titus
                                                              United States District Judge